```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 40619
   MELITTA E DUNN
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA
           Debtor
   SSN XXX-XX-3284
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/02/04 and confirmed on 01/20/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   7200.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO AUTO POU | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 16053.31 | .00 | 2192.54 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 244.73 | .00 | 33.42 |
| FIRST MIDWEST BANK | UNSECURED | 7203.71 | .00 | 983.87 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 7006.32 | .00 | 956.91 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3667.82 | .00 | 500.95 |
| ASSOCIATES FOR GENERAL D | UNSECURED | NOT FILED | .00 | .00 |

   Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 34175.89 | .00 | 34175.89 |
| PRINCIPAL PAID | .00 | .00 | 4667.69 | .00 | 4667.69 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 4667.69 | .00 | 4667.69 |

The Debtor's attorney, DAVID M SIEGEL              , was allowed $   2700.00
and was paid $    456.00   direct and $   2244.00   through the plan.

The Trustee received $     288.31 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 01/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE